384 A.2d 239

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**William A. TRAUTMAN, Appellant.**

Supreme Court of Pennsylvania.

Argued March 9, 1978.

Decided April 7, 1978.

Michael A. Litman, Pittsburgh, for appellant.

Robert E. Colville, Dist. Atty., Robert L. Eberhardt, Jacqueline Mikula Verney, Asst. Dist. Attys., Pittsburgh, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

OPINION

PER CURIAM:

Judgments of sentence affirmed.